UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAILEY, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:17 CV 24 CDP |
| BRIDGETON LANDFILL, LLC, et al., | ) |
| Defendants. | ) |

**AMENDED CASE MANAGEMENT ORDER**

As discussed with counsel in the telephone conference held **March 5, 2018**,

**IT IS HEREBY ORDERED** that plaintiffs' amended motion for an extension of time of initial case management order schedule [#109] is **GRANTED in part** as follows:

1. The parties shall complete all discovery related to the samples collected at Plaintiffs' home and property, and the issue of whether the levels of radioactive contamination are sufficient to show a PAA violation, no later than **May 2, 2018**.

2. Any motions for summary judgment or motions for judgment on the pleadings pertaining to the issue of whether plaintiffs can show levels of radioactive contamination sufficient to show a violation of the PAA must be filed no later than **June 4, 2018**. Opposition briefs shall be filed no later than thirty days after the motion or **July 5, 2018**, whichever is earlier. Any reply brief may be filed no later than ten days following the response brief or **July 16, 2018**, whichever is earlier.

**IT IS FURTHER ORDERED** that plaintiffs' first motion for an extension of time of initial case management order schedule [#108] is **DENIED as moot**.

All other provisions of the Initial Case Management Order [ECF # 102] remain in full force and effect.

Failure to comply with any part of this order may result in the imposition of sanctions.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2018.