IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAILEY and ROBBIN DAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, INC. ALLIED SERVICES, LLC, ROCKROAD INDUSTRIES, INC., MALLINCKRODT, LLC, and COTTER CORPORATION,<br><br>Defendants. | Case No. 4:17-cv-00024-CDP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs Michael and Robbin Dailey and Defendant Mallinckrodt LLC ("Mallinckrodt") by and through their attorneys of record, and file their stipulation of dismissal of the claims of Michael and Robbin Dailey against Mallinckrodt only, with prejudice. Each party to pay their own costs. Plaintiffs specifically reserve their claims against all Defendants that are not Mallinckrodt.

**IT IS SO STIPULATED.**

Dated: March 16, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ David R. Erickson
　　　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON LLP
　　　　　　　　　　　　　　　　　　　　　　David R. Erickson, # 31532MO
　　　　　　　　　　　　　　　　　　　　　　Steven D. Soden, # 41917MO
　　　　　　　　　　　　　　　　　　　　　　2555 Grand Boulevard
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO  64108-2613
　　　　　　　　　　　　　　　　　　　　　　Telephone: 816.474.6550
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 816.421.5547
　　　　　　　　　　　　　　　　　　　　　　derickson@shb.com
　　　　　　　　　　　　　　　　　　　　　　ssoden@shb.com

　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　　MALLINCKRODT LLC

/s/   Celeste Brustowicz
COOPER LAW FIRM, LLC
Barry J. Cooper Jr.
508 St. Phillip Street
New Orleans, LA 70116

Celeste Brustowicz
1525 Religious Street
New Orleans, LA 70130

KEANE LAW LLC
Ryan Keane
7777 Bonhomme Ave #1600
Clayton, MO
Telephone: 314-240-5278
ryan@keanelawllc.com

JOHNSON GRAY LLC
Anthony Gray
7710 Carondelet Avenue
Clayton, MO 63105
Telephone: (314) 385-9500

ATTORNEYS FOR PLAINTIFFS
MICHAEL AND ROBBIN DAILEY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 16, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                /s/ David R. Erickson
                Attorney for Defendant
                Mallinckrodt LLC